IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                    CASE NO. 4:12CR00174 BSM

DEVON TRANELL McCLAIN                                         DEFENDANT

## ORDER

The government's motion to dismiss the July 11, 2012, indictment filed against defendant Devon Tranell McClain [Doc. No. 16] is granted. The indictment is hereby dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED this 29th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE